USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                          :
PABLO HERNANDEZ ARELLANO,                 :
                                          :
                          Petitioner,     :   Case No. 26-cv-03433 (MKV)
                                          :
            -v-                           :   **PROPOSED REVISED**
                                          :   **SCHEDULING ORDER**
WARDEN, *et al.*,                         :
                                          :
                          Respondents.    :
------------------------------------------------------------------x

Upon the unopposed letter motion of Petitioner, dated May 1, 2026, and with the consent of the Respondents, it is HEREBY ORDERED that the Scheduling Order entered on May 1, 2026, is amended as follows:

1. On or before May 4, 2026, Petitioner shall file and serve an amended petition upon the Respondents.

2. On or before May 8, 2026, Respondents shall respond to the amended petition and the Order to Show Cause Response and otherwise as previously ordered.

3. On or before May 12, 2026, Petitioner may file a reply to the Respondents' submission.

4. Petitioner shall not be transferred outside of the Eastern District of New York, the Southern District of New York, or the District of New Jersey during the pendency of this habeas litigation.

                          **SO ORDERED.**


                          _____
                          **THE HONORABLE MARY KAY VYSKOCIL**
                          **UNITED STATES DISTRICT JUDGE**

                          Date: May 4, 2026
                          New York, NY