UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2026

PABLO J. HERNANDEZ ARELLANO,

                    Petitioner,

      - against -

WARDEN, *et al.*,

                    Respondents.

No. 26 Civ. 3433 (MKV)

**STIPULATION AND ORDER OF
TRANSFER OF VENUE**

WHEREAS, petitioner Pablo J. Hernandez Arellano brought this habeas action under 28 U.S.C. § 2241 on April 24, 2026, challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"), and seeking an order from this Court requiring, among other things, that he be released from custody; and

WHEREAS, the petitioner filed his habeas petition while he was located at the Delaney Hall Detention Facility in Newark, New Jersey; and

WHEREAS, in the interest of achieving a prompt resolution of this matter, the parties have agreed that in the interest of justice this action should be transferred to the U.S. District Court for the District of New Jersey under 28 U.S.C. § 1406(a); therefore

*[remainder of page intentionally left blank]*

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be and hereby is transferred to the U.S. District Court for the District of New Jersey, and that the seven-day waiting period in Local Civil Rule 83.1 is waived.

New York, New York
May 6, 2026

**MERCURY LAW PLLC**
*Attorney for Petitioner*

Nicholas Rogers, Esq.
43 W. 43rd Street, Suite 92
New York, New York 10036
Tel.   (347) 428-9594

New York, New York
May  6, 2026

**JAY CLAYTON**
United States Attorney for the
Southern District of New York
*Attorney for Respondents*

Brandon M. Waterman
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.   (212) 637-2743

SO ORDERED.

HON. MARY KAY VYSKOCIL
United States District Judge

Date: May 6, 2026
New York, NY