UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PABLO HERNANDEZ ARELLANO.,

Petitioner,

-against-

WARDEN ET AL.,

Respondents.

26 CIVIL 03433 (LTS)

ORDER GRANTING IFP
APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C.

§ 1915.

SO ORDERED.

Dated:     August 5, 2026
           New York, New York

                                     s/Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                               Chief United States District Judge